UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                        :

UNITED STATES OF AMERICA,         :

                           :

         -v-                   :

                           :

EMMANUEL UGWU                :

                           :

               Defendant.    :

                           :

-----------------------------------------------------------X

15-CR-417 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2019

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Defendants motion for return of property pursuant to Fed. R. Crim. P.

41(g) filed under docket number 15 Cr. 417 (VSB). (*See* Dkt. 54), which was received in the

Clerk's Office on September 20, 2019.

       Defendant filed the motion under his criminal case, but because his criminal case is

closed, the Court must liberally construe his papers as a new civil action. *See* United States v.

Giovanelli, 998 F.2d 116, 118-19 (2d Cir. 1993) (where criminal proceedings against movant

completed, district court should treat motion for return of seized property under Fed. R. Crim. P.

41(e) as new civil equitable proceeding); Mora v. United States, 955 F.2d 156, 158 (2d Cir.

1992) (same); Onwubiko v. United States, 969 F.2d 1392, 1397 (2d Cir. 1992) (same).

       The Clerk's Office is directed to construe this motion as a new civil action and mail a

copy of this order to the defendant Emmanuel Ugwu (Reg# 67162-019) at Moshannon Valley

CI, 555-I Geo Drive, Philipsburg, PA 16866.

SO ORDERED.

Dated:    October 4, 2019
          New York, New York

                                   Vernon S. Broderick
                                   United States District Judge